# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

*FILED*

## CR 06 0426 MHP

UNITED STATES OF AMERICA,

**V.**

VINCE MING WAN aka NELSON WAN
aka PHILLIP HOANG, et al.

SEALED
BY COURT ORDER

DEFENDANT.

# INDICTMENT

21 USC § 846-Conspiracy to Cultivate, to Possess With Intent to Distribute,
and to Distribute Marijuana; 21 USC § 841(a)(1)-Cultivation of and Possession
with Intent to Distribute Marijuana; 21 USC §856(a)(1)-Maintaining a place for
Cultivating and Distributing Marijuana; 18 USC § 2-Soliciting, Aiding and
Abetting; 21 USC § 853 Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this 15th day of
June, 2006

_____
Clerk

No Bail
arrest Warrants for
Wong, Leung, Li, Nguyen, Yuan
Kong,

Bail, $_____

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

*SEALED BY COURT ORDER*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

*FILED*

06 JUN 15 PM 4: 16

RICHARD W. ...
CLERK, U.S. ...
NORTHERN DISTRICT ...
... DISTRICT COURT
... CALIFORNIA

**DEFENDANT - U.S.**

▶ VINCE MING WAN aka Nelson Wan aka Phillip Hoang

**DISTRICT COURT NUMBER**

06      0426   **MHP**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ANDREW M. SCOBLE

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT:
VINCE MING WAN
aka Nelson Wan
aka Phillip Hoang


Ct.:   1

21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent to Distribute, and Distribute One Thousand or More Marijuana Plants

At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100 special assessment


Cts.:  2, 4, 8, 10, 11, 13

21 U.S.C. § 856(a)(1) – Maintaining a Place for Cultivating and Distributing Marijuana

20 years in prison; $500,000 fine; at least 3 years of supervised release; $100 special assessment.  Also subject to civil penalty of $250,000 or twice the known or estimated gross receipts of each violation attributable to that defendant


Cts.:  9, 12

21 U.S.C. § 841(a)(1) & (b)(1)(A)(vii) – Cultivation and Possession with Intent to Distribute 1,000 or more Marijuana Plants

At least 10 years to life in prison; $4 million fine; at least 5 years of supervised release; $100 special assessment


Cts.:  14

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Cultivation and Possession with Intent to Distribute 100 or more Marijuana Plants

At least 5 to 40 years in prison; $2 million fine; at least 4 years of supervised release; $100 special assessment

Ct.:    5

    21 U.S.C. § 841(a)(1) & (b)(1)(D) – Cultivation and Possession with Intent to
Distribute Marijuana Less than 50 Plants or 50 Kilograms

    5 years in prison; $250,000 fine; at least 2 years of supervised release; $100 special
assessment


FORFEITURE ALLEGATION:

    21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any
proceeds the person obtained, directly or indirectly, as the result of drug violation;
or
any property used, or intended to be used, in any manner or part, to commit, or to
facilitate the commission of, such violation; and substitute assets

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

*SEALED BY COURT ORDER*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

*FILED*
06 JUN 15 PM 4: 16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

**DEFENDANT - U.S.**
EDWIN GORDON TOY

DISTRICT COURT NUMBER

CR 06 0426 MHP

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
ANDREW M. SCOBLE

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  } If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## EDWIN GORDON TOY

**Ct.:**   1

**21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent to Distribute, and Distribute One Thousand or More Marijuana Plants**

**At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100 special assessment**

## FORFEITURE ALLEGATION:

**21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of drug violation; or**

**any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and substitute assets**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
      ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*SEALED BY COURT ORDER*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

**DEFENDANT - U.S.**
06 JUN 15 PM 4: 16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

► ALEX WAI SHING TONG

DISTRICT COURT NUMBER

CR 06 0426 MHP

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ANDREW M. SCOBLE

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ►

Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

PENALTY SHEET ATTACHMENT:
ALEX WAI SHING FONG

Ct.:    1

21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent to Distribute, and Distribute One Thousand or More Marijuana Plants

At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100 special assessment

Cts.:   3, 6, 13

21 U.S.C. § 856(a)(1) – Maintaining a Place for Cultivating and Distributing Marijuana

20 years in prison; $500,000 fine; at least 3 years of supervised release; $100 special assessment.  Also subject to civil penalty of $250,000 or twice the known or estimated gross receipts of each violation attributable to that defendant

Cts.:   7, 14

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Cultivation and Possession with Intent to Distribute 100 or more Marijuana Plants

At least 5 to 40 years in prison; $2 million fine; at least 4 years of supervised release; $100 special assessment

Ct.:    5

21 U.S.C. § 841(a)(1) & (b)(1)(D) – Cultivation and Possession with Intent to Distribute Marijuana Less than 50 Plants or 50 Kilograms

5 years in prison; $250,000 fine; at least 2 years of supervised release; $100 special assessment

FORFEITURE ALLEGATION:

21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of drug violation; or
any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and substitute assets

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

*SEALED BY COURT ORDER*

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

SEE PENALTY SHEET ATTACHMENT

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under     MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ANDREW M. SCOBLE

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.

06 JUN 15 PM 4: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

KITTY YEE-LAI

DISTRICT COURT NUMBER

CR    0426    MHP

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     } If "Yes" give date filed

**DATE OF ARREST** ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## KITTY YEE LI

Ct.:    1

21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent to Distribute, and Distribute One Thousand or More Marijuana Plants

At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100 special assessment

Cts.:   2, 4, 6, 8

21 U.S.C. § 856(a)(1) – Maintaining a Place for Cultivating and Distributing Marijuana

20 years in prison; $500,000 fine; at least 3 years of supervised release; $100 special assessment.  Also subject to civil penalty of $250,000 or twice the known or estimated gross receipts of each violation attributable to that defendant

Ct.:    9

21 U.S.C. § 841(a)(1) & (b)(1)(A)(vii) – Cultivation and Possession with Intent to Distribute 1,000 or more Marijuana Plants

At least 10 years to life in prison; $4 million fine; at least 5 years of supervised release; $100 special assessment

Ct.:    7

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Cultivation and Possession with Intent to Distribute 100 or more Marijuana Plants

At least 5 to 40 years in prison; $2 million fine; at least 4 years of supervised release; $100 special assessment

(Cont'd)

1

**Ct.:**   **5**

21 U.S.C. § 841(a)(1) & (b)(1)(D) – Cultivation and Possession with Intent to Distribute Marijuana Less than 50 Plants or 50 Kilograms

5 years in prison; $250,000 fine; at least 2 years of supervised release; $100 special assessment

**FORFEITURE ALLEGATION:**

21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of drug violation; or
any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and substitute assets

2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

SEALED BY COURT ORDER

PENALTY:
SEE PENALTY SHEET ATTACHMENT

**DEFENDANT - U.S.**
MICHAEL YOK LAM LEUNG

DISTRICT COURT NUMBER

CR  06  0426  MHP

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
ANDREW M. SCOBLE

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## MICHAEL YUK LAM LEUNG


**Ct.:**   **1**

**21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent to Distribute, and Distribute One Thousand or More Marijuana Plants**

**At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100 special assessment**


**Ct.:**   **6**

**21 U.S.C. § 856(a)(1) – Maintaining a Place for Cultivating and Distributing Marijuana**

**20 years in prison; $500,000 fine; at least 3 years of supervised release; $100 special assessment.  Also subject to civil penalty of $250,000 or twice the known or estimated gross receipts of each violation attributable to that defendant**


**Ct.:**   **7**

**21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Cultivation and Possession with Intent to Distribute 100 or more Marijuana Plants**

**At least 5 to 40 years in prison; $2 million fine; at least 4 years of supervised release; $100 special assessment**


**FORFEITURE ALLEGATION:**

**21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of drug violation; or**
**any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and substitute assets**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
FILED

06 JUN 15 PM 4: 15

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. DIST. OF CALIFORNIA

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

SEALED
BY COURT ORDER

PENALTY:
SEE PENALTY SHEET ATTACHMENT

---

**DEFENDANT - U.S.**

▶ PHUNG VAN NGUYEN

**DISTRICT COURT NUMBER**

CR  06  0426

MHP

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ANDREW M. SCOBLE

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

PENALTY SHEET ATTACHMENT:
PHUNG VAN NGUYEN

Ct.:    1

21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent
to Distribute, and Distribute One Thousand or More Marijuana Plants

At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100
special assessment

Cts.:   8, 10

21 U.S.C. § 856(a)(1) – Maintaining a Place for Cultivating and Distributing
Marijuana

20 years in prison; $500,000 fine; at least 3 years of supervised release; $100 special
assessment. Also subject to civil penalty of $250,000 or twice the known or
estimated gross receipts of each violation attributable to that defendant

Cts.:   9

21 U.S.C. § 841(a)(1) & (b)(1)(A)(vii) – Cultivation and Possession with Intent to
Distribute 1,000 or more Marijuana Plants

At least 10 years to life in prison; $4 million fine; at least 5 years of supervised
release; $100 special assessment

FORFEITURE ALLEGATION:

21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any
proceeds the person obtained, directly or indirectly, as the result of drug violation;
or
any property used, or intended to be used, in any manner or part, to commit, or to
facilitate the commission of, such violation; and substitute assets

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED

**DEFENDANT - U.S.**

▶ JAY YUAN

06 JUN 15 PH 4: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 06 0426 MHP

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA SA CHRISTOPHER M. FAY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

ANDREW M. SCOBLE

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## JAY YUAN


**Ct.:**   1

   **21 U.S.C. §§ 846 & 841(b)(1)(A)(vii) – Conspiracy to Cultivate, Possess with Intent
   to Distribute, and Distribute One Thousand or More Marijuana Plants**

   **At least 10 years to life; $4 million fine; at least 5 years of supervised release; $100
   special assessment**


**FORFEITURE ALLEGATION:**

   **21 U.S.C. § 853(a)(1) & (2), (p):  any property constituting, or derived from, any
   proceeds the person obtained, directly or indirectly, as the result of drug violation;
   or
   any property used, or intended to be used, in any manner or part, to commit, or to
   facilitate the commission of, such violation; and substitute assets**

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2



3

4



FILED
06 JUN 15 PM 4: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7               SAN FRANCISCO DIVISION

8

9   UNITED STATES OF AMERICA,    **CR   06   0426   MHP**

10          Plaintiff,                )
                                      )
11      v.                            )   VIOLATIONS:  21 U.S.C. § 846 –
                                      )   Conspiracy to Cultivate, to Possess With
12   VINCE MING WAN,                  )   Intent to Distribute, and to Distribute
        a/k/a Nelson Wan,             )   Marijuana; 21 U.S.C. § 841(a)(1) –
13      a/k/a Phillip Hoang,          )   Cultivation of and Possession With Intent to
     ALEX WAI SHING FONG,             )   Distribute Marijuana; 21 U.S.C. § 856(a)(1)
14   PHUNG VAN NGUYEN,                )   – Maintaining a Place for Cultivating and
     KITTY YEE LI,                    )   Distributing Marijuana; 18 U.S.C. § 2 –
15   JAY YUAN,                        )   Solicit, Aid and Abet;  21 U.S.C. § 853 –
     MICHAEL YUK LAM LEUNG, and       )   Criminal Forfeiture
16   EDWIN GORDON TOY,                )
                                      )
17          Defendants.               )   SAN FRANCISCO VENUE
                                      )
18   _____   )

19

20                    I N D I C T M E N T

21

22

23

24

25

26

27

28

1  The Grand Jury charges:

2  COUNT ONE:  (21 U.S.C. § 846; 18 U.S.C. § 2)

3  On or about and between a date unknown to the Grand Jury but no later than July 5, 2002

4  and June 27, 2005, in the Northern District of California, and elsewhere, the defendants,

5  VINCE MING WAN,
   a/k/a Nelson Wan,
6  a/k/a Phillip Hoang,
   ALEX WAI SHING FONG,
7  PHUNG VAN NGUYEN,
   KITTY YEE LI,
8  JAY YUAN,
   MICHAEL YUK LAM LEUNG, and
9  EDWIN GORDON TOY,

10 and others, did knowingly and intentionally conspire to manufacture (cultivate), to possess with

11 intent to distribute, and to distribute a controlled substance, to wit, one thousand or more

12 marijuana plants, and did knowingly aid and abet such conspiracy, in violation of Title 21,

13 United States Code, Sections 846 and 841(b)(1)(A)(vii) and Title 18, United States Code,

14 Section 2.

15

16 COUNT TWO:  (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

17 On or about and between a date unknown to the Grand Jury but no later than July 5, 2002

18 and June 2005, in the Northern District of California, the defendants

19 VINCE MING WAN,
   a/k/a Nelson Wan,
20 a/k/a Phillip Hoang, and
   KITTY YEE LI,
21

22 did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at 321

23 17th Street, Oakland, California, for the purpose of manufacturing (cultivating) and distributing a

24 controlled substance, to wit: marijuana, and did knowingly aid and abet such maintaining of a

25 place for the purpose of cultivating and distributing marijuana, in violation of Title 21, United

26 States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

27 //

28 //

INDICTMENT                                  2

1   COUNT THREE: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

2       On or about and between a date unknown to the Grand Jury but no later than July 16,

3   2002 and June 24, 2003, in the Northern District of California, the defendant

4                 ALEX WAI SHING FONG

5   did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at

6   2506 24th Avenue, Oakland, California, for the purpose of manufacturing (cultivating) and

7   distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such

8   maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of

9   Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

10

11   COUNT FOUR: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

12       On or about and between June 2002 and January 18, 2005, in the Northern District of

13   California, the defendants

14                 VINCE MING WAN,
                  a/k/a Nelson Wan,

15             a/k/a Phillip Hoang, and
                  KITTY YEE LI,

16

17   did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at

18   3709 Lily Street, Oakland, California, for the purpose of manufacturing (cultivating) and

19   distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such

20   maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of

21   Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

22

23   COUNT FIVE: (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

24       On or about January 18, 2005, in the Northern District of California, the defendants

25                 VINCE MING WAN,
                  a/k/a Nelson Wan,

26               a/k/a Phillip Hoang,
          ALEX WAI SHING FONG, and

27                 KITTY YEE LI,

28   did knowingly and intentionally possess with intent to distribute a controlled substance, to wit:

INDICTMENT                3

1  marijuana, at 3709 Lily Street, Oakland, California, and did knowingly aid and abet such

2  cultivation of and possession with intent to distribute marijuana, in violation of Title 21, United

3  States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

4

5  COUNT SIX: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

6      On or about and between a date unknown to the Grand Jury but no later than April 2004

7  and June 7, 2005, in the Northern District of California, the defendants

8                      ALEX WAI SHING FONG,
KITTY YEE LI, and
9                  MICHAEL YUK LAM LEUNG,

10
   did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at
11
   1171 MacArthur Boulevard, Oakland, California, for the purpose of manufacturing (cultivating)
12
   and distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such
13
   maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of
14
   Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.
15

16
   COUNT SEVEN: (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)
17
       On or about June 7, 2005, in the Northern District of California, the defendants
18
                       ALEX WAI SHING FONG,
19                      KITTY YEE LI, and
                   MICHAEL YUK LAM LEUNG,
20

21  did knowingly and intentionally cultivate and possess with intent to distribute a controlled

22  substance, to wit: one hundred or more marijuana plants, at 1171 MacArthur Boulevard,

23  Oakland, California, and did knowingly aid and abet such cultivation of and possession with

24  intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and

25  841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

26  //

27  //

28  //

INDICTMENT                     4

1 COUNT EIGHT: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

2      On or about and between July 2004 and June 22, 2005, in the Northern District of

3 California, the defendants

4                            VINCE MING WAN,
                            a/k/a Nelson Wan,
5                           a/k/a Phillip Hoang,
                            KITTY YEE LI, and
6                        PHUNG VAN NGUYEN,

7 did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at

8 1545 Ocean Avenue, San Francisco, California, for the purpose of manufacturing (cultivating)

9 and distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such

10 maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of

11 Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

12

13 COUNT NINE: (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

14      On or about June 22, 2005, in the Northern District of California, the defendants

15                            VINCE MING WAN,
                            a/k/a Nelson Wan,
16                           a/k/a Phillip Hoang,
                            KITTY YEE LI, and
17                        PHUNG VAN NGUYEN,

18 did knowingly and intentionally cultivate and possess with intent to distribute a controlled

19 substance, to wit: one thousand or more marijuana plants, at 1545 Ocean Avenue, San

20 Francisco, California, and did knowingly aid and abet such cultivation of and possession with

21 intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and

22 (b)(1)(A)(vii), and Title 18, United States Code, Section 2.

23 //

24 //

25 //

26 //

27 //

28 //

INDICTMENT                                5

1   COUNT TEN: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

2       On or about and between July 2004 and June 22, 2005, in the Northern District of

3   California, the defendants

4
                        VINCE MING WAN,
                         a/k/a Nelson Wan,

5                    a/k/a Phillip Hoang, and
                   PHUNG VAN NGUYEN,

6   did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at

7   1107-1109 Ocean Avenue, San Francisco, California, for the purpose of manufacturing

8   (cultivating) and distributing a controlled substance, to wit: marijuana, and did knowingly aid

9   and abet such maintaining of a place for the purpose of cultivating and distributing marijuana, in

10   violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code,

11   Section 2.

12

13   COUNT ELEVEN: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

14       On or about and between October 15, 2003 and June 22, 2005, in the Northern District of

15   California, the defendant

16
                        VINCE MING WAN,
                         a/k/a Nelson Wan,

17                        a/k/a Phillip Hoang,

18   did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at 445

19   Judah Street, San Francisco California, for the purpose of manufacturing (cultivating) and

20   distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such

21   maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of

22   Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

23

24   COUNT TWELVE: (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

25       On or about June 22, 2005, in the Northern District of California, the defendant

26
                        VINCE MING WAN,
                         a/k/a Nelson Wan,

27                        a/k/a Phillip Hoang,

28   did knowingly and intentionally cultivate and possess with intent to distribute a controlled

INDICTMENT                6

1 | substance, to wit: one thousand or more marijuana plants, at 445 Judah Street, San Francisco,

2 | California, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii), and

3 | did knowingly aid and abet such cultivation of and possession with intent to distribute marijuana,

4 | in violation of Title 18, United States Code, Section 2.

5

6 | COUNT THIRTEEN: (21 U.S.C. § 856(a)(1); 18 U.S.C. § 2)

7 | On or about and between October 2004 and June 27, 2005, in the Northern District of

8 | California, the defendants

9 | VINCE MING WAN,
a/k/a Nelson Wan,
10 | a/k/a Phillip Hoang, and
ALEX WAI SHING FONG,
11

12 | did knowingly and intentionally lease, rent, use and maintain a place, to wit: the premises at

13 | 1402 East 21st Street, Oakland, California, for the purpose of manufacturing (cultivating) and

14 | distributing a controlled substance, to wit: marijuana, and did knowingly aid and abet such

15 | maintaining of a place for the purpose of cultivating and distributing marijuana, in violation of

16 | Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

17

18 | COUNT FOURTEEN: (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

19 | On or about June 27, 2005, in the Northern District of California, the defendants

20 | VINCE MING WAN,
a/k/a Nelson Wan,
21 | a/k/a Phillip Hoang, and
ALEX WAI SHING FONG,
22

23 | did knowingly and intentionally cultivate and possess with intent to distribute a controlled

24 | substance, to wit: one hundred or more marijuana plants, at 1402 East 21st Street, Oakland,

25 | California, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii), and

26 | did knowingly aid and abet such cultivation of and possession with intent to distribute marijuana,

27 | in violation of Title 18, United States Code, Section 2.

28 | //

INDICTMENT 7

1  FORFEITURE ALLEGATION ONE:  (21 U.S.C. § 853 – Criminal Forfeiture)

2       1.     The allegations in Counts One through Fourteen are realleged and incorporated

3  fully herein.

4       2.     Upon conviction for offenses alleged in Counts One through Fourteen, the

5  defendants

6  VINCE MING WAN,<br>a/k/a Nelson Wan,

7  a/k/a Phillip Hoang,<br>ALEX WAI SHING FONG,

8  PHUNG VAN NGUYEN,<br>KITTY YEE LI,

9  JAY YUAN,<br>MICHAEL YUK LAM LEUNG, and

10  EDWIN GORDON TOY,

11  shall forfeit to the United States any property constituting, or derived from, any proceeds that

12  defendants obtained, directly or indirectly, as the result of such violations, and any of defendants'

13  property used or intended to be used, in any manner or part, to commit or to facilitate the

14  commission of such violations, including but not limited to:

15       The $31,278 seized from the premises of 445 Judah Street on June 22, 2005,

16  pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

17       3.     If as a result of any act or omission of defendants, any of said property

18       a.     cannot be located upon the exercise of due diligence;

19       b.     has been transferred, or sold, to or deposited with a third person;

20       c.     has been placed beyond the jurisdiction of the Court;

21       d.     has been substantially diminished in value; or

22       e.     has been commingled with other property which, without difficulty, cannot

23       be subdivided;

24  //

25  //

26  //

27  //

28  //

INDICTMENT          8

1   any and all interest defendants have in any other property (not to exceed the value of the above

2   forfeitable property) shall be forfeited to the United States, pursuant to Title 21, United States

3   Code, Section 853(a)(1) and (2), and (p).

4

5

6   DATED:  6/15/06                         A TRUE BILL.

7

8                                           _____
                                            FOREPERSON
9

10  KEVIN V. RYAN
    United States Attorney
11

12

13  _____
    MARK L. KROTOSKI (CSBN 138549)
14  Chief, Criminal Division

15

16  (Approved as to form: _____ )
                          AUSA A.M. SCOBLE
17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          9