| TYPE RPT: ☒ CRIMINAL ☐ INCIDENT ☐ COMPLAINT<br>☐ MISSING PERSON ☐ INFO ONLY ☐ DVR ☐ RHFS | | | SAN LEANDRO POLICE DEPARTMENT<br>**POLICE REPORT** | | | CASE NO.<br>**03-6177** | PAGE<br>1 OF |
|---|---|---|---|---|---|---|---|
| DATE/TIME REPORTED | | | | 001 E. 14TH STREET<br>SAN LEANDRO, CA 94577<br>(510) 577-3217 RECORDS | | REFER CASE #(S) | |
| '22/2003 | 2008 | | | | | 03-2095 & 03-5943 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **UNITED BETWEEN** | TIME | DAY | **CRIME/INCIDENT** | | 11358 HS MARIJUANA CULTIVATION | | | |
| 05/22/2003 | 2008 | THUR | | | | | | |
| AND | TIME | DAY | **LOCATION OF OCCURRENCE** | | 2328 DIAMOND BAR CT. | | | CLASSIFICATION |
| 05/22/2003 | 2030 | THUR | | | | | | 180203 |
| **RELATIONSHIP OF PARTIES**<br>DVR | | | ☐ PAIN COMPLAINT ☐ VISIBLE INJURY<br>☐ FEARS INJURY | WEAPON INVOLVED: ☐ 1 FIREARM ☐ 2 KNIFE<br>☐ 3 OTHER ☐ 4 BODILY FORCE ☐ 9 NONE | | ☐ CONFIDENTIAL STATUS REQ.<br>☐ BWAAR INFO. PROVIDED | | |

| V I C T I M | NAME<br>1 STATE OF CALIFORNIA | | | DOB | RACE/SEX | HEIGHT/WEIGHT | HAIR/EYES |
|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS | | | | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| S U S P E C T | NAME<br>2 UNKNOWN | | | DOB | RACE/SEX | HEIGHT/WEIGHT | HAIR/EYES |
|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS | | | | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| R P T N G P T Y | NAME<br>3 CHAL, ANNA | | | DOB<br>02/08/1970 | 33 | RACE/SEX<br>A F | HEIGHT/WEIGHT<br>504 115 | HAIR/EYES<br>BRO BRO |
|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2325 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | RES. PHONE<br>510-686-9002 | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| I N | NAME<br>4 LAM, WAN SUI FONG | | | | DOB | RACE/SEX<br>C F | HEIGHT/WEIGHT<br>503 120 | HAIR/EYES<br>BLK BRO |
|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2328 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | IPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| I N V P A R T Y | NAME<br>5 YUAN, JAY | | | | DOB | RACE/SEX<br>C M | HEIGHT/WEIGHT<br>504 130 | HAIR/EYES<br>BLK BRO |
|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2328 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| I N V P A R T Y | NAME<br>6 SHI, CARMEN | | | | DOB | RACE/SEX | HEIGHT/WEIGHT | HAIR/EYES |
|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2328 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | REG. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| I N V P A R T Y | NAME<br>7 LUMFA, FONG | | | | DOB | RACE/SEX | HEIGHT/WEIGHT | HAIR/EYES |
|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2328 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION |

| I N V P Y | NAME<br>8 CHAN, GARY KAI WAH | | | | DOB<br>04/02/1957 | 46 | RACE/SEX<br>A M | HEIGHT/WEIGHT<br>506 150 | HAIR/EYES<br>BLK BRO |
|---|---|---|---|---|---|---|---|---|---|
| | RESIDENCE ADDRESS<br>2225 REGATTA WY. | | | SAN LEANDRO | CA 94579 | RES. PHONE<br>510-667-9659 | DRIVERS LIC. NO.<br>N9840287 | STATE<br>CA |
| | IMPLOYER NAME/ADDRESS<br>FINK'S BAKERY 1024 B ST, HAYWARD CA 94541 | | | | | OCCUPATION<br>OWNER | | BUS. PHONE<br>510-581-1477 |
| | LICENSE NO. | STATE | YEAR MAKE | MODEL | STYLE | COLOR | DESCRIPTION | |

| REPORTING OFFICER<br>L. BRANDT | SERIAL NUMBER<br>273 | DATE/TIME WRITTEN<br>05/22/2003 2050 | ☐ TOW<br>☐ TECH<br>☐ PHOTO | SUPERVISOR | ENTERED BY # | REVIEWED BY<br>#9410 | COPIES TO |
|---|---|---|---|---|---|---|---|

SLPD 0001 #247/203

09270

*EXHIBIT A*

## SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | | POLICE REPORT - CONTINUED | | | ORIGINAL | | PAGE |
|---|---|---|---|---|---|---|---|
| 1135B HS MARIJUANA CULTIVATION | VICTIM | STATE OF CALIFORNIA | | | 03-6177 | | 2 OF |

| | NAME FONG, ALEX | | | | DOB | RACE/SEX | HEIGHT/WEIGHT | HAIR/EYES |
|---|---|---|---|---|---|---|---|---|
| V P A R T Y | BIRTH/DEATH ADDRESS 2328 DIAMOND BAR CT. | | | SAN LEANDRO | CA 94579 | RES. PHONE | DRIVERS LIC. NO. | STATE |
| | EMPLOYER NAME/ADDRESS | | | | | OCCUPATION | | BUS. PHONE |
| | LICENSE NO. STATE YEAR MAKE | | MODEL | STYLE | COLOR | DESCRIPTION | | |

DETAILS: ON 05-22-03 APPROX 2008 HRS, OFFICER TRUJILLO AND I WERE DISPATCHED TO A S/C OPEN FRONT DOOR AT THE RESIDENCE OF 2328 DIAMOND BAR COURT. DISPATCH WAS ADVISED BY THE RP (LATER IDENTIFIED AS ANNA CHAL) THAT IT DID NOT APPEAR THE RESIDENTS WERE HOME. CHAL ALSO STATED THE HOUSE WAS A RENTAL AND THERE WERE NO LIGHTS ON INSIDE THE HOUSE.

APPROX 2018 HRS, OFFICER TRUJILLO ARRIVED ON SCENE.

APPROX 2021 HRS, I ARRIVED ON SCENE AND MET WITH OFFICER TRUJILLO AT THE FRONT DOOR WHICH WAS PARTIALLY OPEN. OFFICER TRUJILLO ADVISED ME THAT SHE FOUND THE FRONT DOOR PARTIALLY OPEN WITH THE HOUSEKEYS IN THE DOOR LOCK. SHE ALSO STATED SHE ANNOUNCED SEVERAL TIMES THAT THE SAN LEANDRO POLICE WERE AT THE FRONT DOOR BUT NOBODY ANSWERED.

SINCE NOBODY ANSWERED, DUE TO SEVERAL RECENT HOME INVASION ROBBERIES IN THE AREA AND TO ENSURE THERE WERE NO VICTIMS OR RESIDENTS WHO NEEDED MEDICAL ATTENTION OR POLICE ASSISTANCE, WE DECIDED TO CONDUCT A WELFARE CHECK IN THE RESIDENCE. (SEE CASES 03-2095 & 03-5943 REGARDING THE HOME INVASION ROBBERIES).

OFFICER TRUJILLO AND I ENTERED THE HOUSE AND CLEARED THE BOTTOM FLOOR WITH NOBODY PRESENT. I NOTICED SEVERAL PAIRS OF SHOES AND SLIPPERS IN THE LIVING ROOM, GIVING THE APPEARANCE THAT SEVERAL INDIVIDUALS RESIDED THERE. I ANNOUNCED AT THE BOTTOM STAIRCASE THAT THE SAN LEANDRO POLICE WERE IN THE HOUSE BUT NOBODY ANSWERED. OFFICER TRUJILLO AND I WALKED UP THE AIRS TO THE SECOND FLOOR.

I NOTICED THE RESIDENCE HAD A TOTAL OF 5 BEDROOMS ON THE SECOND FLOOR.

I NOTICED IN 3 SEPARATE BEDROOMS ON THE SECOND FLOOR THERE WERE NUMEROUS MARIJUANA PLANTS INSIDE. I OBSERVED SEVERAL FLUORESCENT LIGHTS, HOSES, HEATERS, AND FANS INSIDE THE 3 BEDROOMS.

BASED ON MY TRAINING AND EXPERIENCE, IT APPEARED THAT THE SOLE PURPOSE IN THE 3 BEDROOMS WAS TO CULTIVATE MARIJUANA PLANTS.

AFTER MAKING THESE OBSERVATIONS, I NOTIFIED PATROL SGT HUDSON AND SGT TANKSON OF THE VICE NARCOTICS UNIT. SHORTLY THEREAFTER, THEY ARRIVED ON SCENE AND I ESCORTED THEM TO THE SECOND FLOOR BEDROOMS WHERE THE MARIJUANA CULTIVATION WAS AT.

I THEN MONITORED THE FRONT DOOR TO THE RESIDENCE AND MADE SURE NOBODY ELSE ENTERED WHILE A SEARCH WARRANT WAS OBTAINED.

OFFICER TRUJILLO CONTACTED (RP) ANNA CHAL AT HER RESIDENCE AND OBTAINED A STATEMENT FROM HER. (SEE CHAL'S STATEMENT).

APPROX 2130 HRS, I MET WITH THE HOMEOWNER (IP) GARY CHAN AT THE SCENE. HE ADVISED ME HE MET WITH HIS TENANTS (IP) WAN SUI FONG LAM AND HER NEPHEW (IP) JAY YUAN IN 10-01-02. HE RENTED THE HOUSE TO THEM AT THAT TIME. CHAN STATED THEY PUT 3 ADDITIONAL NAMES ON THE RENTAL LEASE, (IP) CARMEN SHI, (IP) FONG LUMFA, AND (IP) ALEX FONG. CHAN SHOWED ME THE RENTAL AGREEMENT AND I GAVE IT TO SGT HUDSON AT THE SCENE. SGT HUDSON MADE A XEROX COPY OF AND GAVE THE ORIGINAL COPY BACK TO CHAN. (SEE XEROX COPY OF RENTAL AGREEMENT).

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| L. BRANDT | 273 | PATROL | THU 05/22/2003 | 2050 |

SLPD99 #247/243

## SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | | POLICE REPORT - CONTINUED | CASE NO. | PAGE |
|---|---|---|---|---|
| 11358 HS MARIJUANA CULTIVATION | VICTIM | STATE OF CALIFORNIA | 03-6177 | 3 OF |

2 CHAN'S STATEMENT.

APPROX 2355 HRS, OFFICER TUDOR AND OFFICER LEJA RELIEVED ME AT THE SCENE.

THE INVESTIGATION WAS THEN TURNED OVER TO SGT TANKSON AND HIS NARCOTICS UNIT.

NO FURTHER DETAILS.

### END OF NARRATIVE

09272

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| L. BRANDT | 273 | PATROL | THU 05/22/2003 | 2050 |

SLPD'90 #247/233

# SAN LEANDRO POLICE DEPARTMENT ORIGINAL

| CRIME/INCIDENT | | POLICE REPORT - SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|---|
| CULTIVATION OF MARIJUANA | VICTIM STATE OF CALIFORNIA | | 03-6177 | 1 of 2 |

50-22-03 ABOUT 2008 HOURS, I WAS DISPATCHED TO 2328 DIAMOND BAR CT. ON A REPORT OF A SPICIOUS CIRCUMSTANCE. RADIO ADVISED RESPONDING UNITS, MYSELF AND OFFICER L.BRANDT THAT A NEIGHBOR WAS REPORTING THE DOOR OF 2328 DIAMOND BAR CT. WAS OPEN AND IT DID NOT APPEAR THE RESIDENT WERE HOME. THE R/P ALSO STATED THE HOME WAS A RENTAL AND NO LIGHTS WERE ON INSIDE THE HOME.

I ARRIVED ON SCENE PRIOR TO OFFICER L.BRANDT A SAW NO VEHICLES IN THE DRIVEWAY, THE SIDE GATE TO THE BACK YARD OPEN AND THE FRONT DOOR OPEN WITH THE KEYS HANGING IN THE LOCK (DEAD BOLT). I COULD HEAR THE TELEVISION ON, STATIC ONLY, AND A FAN COMING FROM UPSTAIRS. I RANG THE DOOR BELL AND CALLED OUT SEVERAL TIMES ANNOUNCING MYSELF AS SAN LEANDRO POLICE, AND TO COME TO THE DOOR. I RECEIVED NO ANSWER AND WAITED FOR OFFICER L.BRANDT TO ARRIVE TO ASSIST ME IN SEARCHING THE HOME TO CHECK THE WELFARE OF ANYONE IN THE HOUSE.

BASED ON THE FRONT DOOR BEING OPEN WITH KEYS IN THE LOCK, THE SIDE GATE OPEN AND UNLOCKED, THE TELEVISION ON, A DOG BARKING FROM THE REAR OF THE HOUSE AND THE RECENT HOME INVASION ROBBERIES IN THE AREA; OFFICER L.BRANDT AND I ENTERED THE HOME IN SEARCH OF ANYONE IN NEED OF MEDICAL OR POLICE ASSISTANCE.

DURING THE SEARCH OF THE BOTTOM FLOOR WE FOUND NO PEOPLE, ONLY A DOG IN THE BATHROOM, WHO APPEARED TO BE IN GOOD HEALTH.

AS WE ENTERED THE TOP FLOOR OF THE HOME, I SAW FIVE BEDROOM DOORS, ALL CLOSED. WE MADE ENTRY INTO THE FIRST BEDROOM AND SAW THAT THE ENTIRE ROOM WAS DEDICATED TO THE CULTIVATION OF MARIJUANA. THERE WERE NUMEROUS OVERHEAD LAMPS, HOSES, A LARGE FAN IN THE CEILING AND OVER 60 PLANTS OF MARIJUANA. WE FOUND TWO OTHER BEDROOMS IN SIMILAR CONDITION. OFFICER L.BRANDT REQUESTED THE NARCOTICS UNIT TO RESPOND TO THE STATION.

REFER TO OFFICER L.BRANDT'S REPORT FOR FURTHER DETAILS.

I CONTACTED THE R/P, CHAL AND OBTAINED A STATEMENT FROM HER. SHE TOLD ME THE FOLLOWING IN SUMMARY.

CHAL SAID SHE NOTICED THE FRONT DOOR TO HER NEIGHBORS HOME OPEN ABOUT 7PM TONIGHT. ABOUT AN HOUR LATER, SHE NOTICED IT WAS STILL OPEN AND FOUND THAT SUSPICIOUS AND THEREFORE CALLED THE POLICE.

CHAL SAID SHE HAS ONLY MET ONE OF THE RESIDENTS LIVING THERE ONCE. CHAL MET THE SON, UNKNOWN NAME, WHEN THEY FIRST MOVED INTO THE HOUSE, ABOUT SEPT/OCT OF 2002. THE MALE SAID HE WS LIVING THERE WITH HIS BROTHER AND PARENTS. CHAL NOTED THAT THE FAMILY KEPT ODD HOURS, OFTEN LEAVING THE HOME BETWEEN 1PM AND 3PM IN THE AFTERNOON AND ARRIVING HOME BETWEEN 1AM AND 3AM IN THE MORNING. CHAL NOTED THAT SHE HAS ONLY SEEN TWO VEHICLES AT THIS ADDRESS: ONE IS A METALLIC BLUE LEXUS SUV AND THE OTHER IS A METALLIC BLUE "SPORT" CAR. CHAL HAD NO FURTHER INFORMATION REGARDING THE FAMILY.

NARCOTICS SGT. TANKSON ARRIVED ON SCENE AND THEY TOOK OVER THE INVESTIGATION. A SEARCH WARRANT WAS OBTAINED, AND I REMAINED ON SCENE AT THE FRONT DOOR UNTIL THE COMPLETION OF THIS INVESTIGATION.

CHAL'S HUSBAND HAD THE HOME OWNERS INFORMATION AND OFFERED TO CONTACT THEM FOR US, WHICH HE DID. THE HOME OWNER ARRIVED ON SCENE AND OFFICER L.BRANDT TOOK HIS STATEMENT.

OUT 0115 HOURS, I SAW A VEHICLE MATCHING THAT DESCRIPTION DRIVING WEST ON DIAMOND BAR CT. TOWARD ME. THE VEHICLE MADE A SHARP LEFT TURN ON BAY POINT AND I FOLLOWED THE

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN |
|---|---|---|---|
| D. TRUJILLO | 297 | PATROL | FRI 05/23/2003    0230 |

SLPD 2001 SUPP #247/233

## SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | | POLICE REPORT - SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|---|
| CULTIVATION OF MARIJUANA | VICTIM | | 03-6177 | 2 OF 2 |
| | | STATE OF CALIFORNIA | | |

VEHICLE.  THE VEHICLE REGISTRATION SHOWED IT WAS REGISTERED OUT OF SAN FRANCISCO.  I CRD THE VEHICLE AT 33 MPH FOR ABOUT 4 BLOCKS, A VIOLATION OF 22350VC, SPEEDING, AS THIS IS A 25 MPH ZONE.

I CONDUCTED A VEHICLE STOP AND NOTICED THERE WERE TWO OTHER SUBJECTS IN THE VEHICLE, LATER IDENTIFIED AS KAM FONG AND ALEX FONG.  I APPROACHED THE VEHICLE AND ASKED THE DRIVER FOR HIS DRIVER'S LICENSE, INSURANCE AND REGISTRATION.  I ASKED THE DRIVER WHERE HE LIVED AND HE SAID, " SAN FRANCISCO".  I ASKED THE DRIVER WHY HE WAS IN THIS NEIGHBORHOOD IN SAN LEANDRO.  THE DRIVER, LATER IDENTIFIED AS JAY YUAN, SAID HE WAS SHOPPING FOR HOMES IN THE AREA.  YAUN DID NOT HAVE ANY ADDRESSES OF HOMES HE WAS LOOKING AT , ONLY THAT HE KNEW THERE WERE "FOUR HOUSES SOMEWHERE IN HERE FOR SALE."

DETECTIVE TUDOR AND OFFICER RUFF ARRIVED ON SCENE TO ASSIST ME.  I LOOKED AT THE DRIVER'S LICENSE AND NOTICED THE NAME ON THE DRIVER'S LICENSE WAS THE SAME FOUND ON SEVERAL PIECES OF INDICIA FOUND AT THE HOME, AS TOLD TO ME PRIOR BY DETECTIVE TUDOR.  BASED ON THIS I HAD YUAN EXIT THE VEHICLE AND HE WAS DETAINED IN HANDCUFFS.

SGT. TANKSON, DETECTIVE LEJA AND DETECTIVE MARCHETTI ALL ARRIVED ON SCENE AND ALL SUBJECTS IN THE VEHICLE, KAM FONG, AND ALEX FONG WERE ALL ARRESTED FOR VIOLATIONS OF 11358 HS, MARIJUANA CULTIVATION, 11359 HS MARIJUANA POSSESSION FOR SALES AND 11360 HS MARIJUANA FOR SALE.  REFER TO DETECTIVE MARCHETTI'S REPORT FOR DETAILS.

THE VEHICLE WAS SEARCHED INCIDENT TO ARREST BY DETECTIVE LEJA, REFER TO HIS SUPPLEMENT FOR DETAILS.

I TRANSPORTED YUAN TO SAN LEANDRO JAIL.  OFFICER RUFF TRANSPORTED ALEX AND KAM FONG TO SAN LEANDRO JAIL.

JAILER GROVE WAS CONDUCTING A JAIL SEARCH OF ALEX FONG AND FOUND A LARGE WAD OF MONEY INSIDE A PLASTIC BAG DOWN THE FRONT OF HIS PANTS.  ALEX SAID THERE WAS 10,000.00 INSIDE THE BAG.  THE MONEY WAS TAKEN FOR EVIDENCE, SEE ATTACHED SUPPLEMENT BY JAILER GROVE.

JAILER MENDENHALL LOCATED APPROXIMATELY  57 INCHES OF SILVER TAPE WITH RED WRITING ON IT IN KAM FONG'S BLACK BAG.  THIS TAPE IS SIMILAR THE TYPE USED TO SEAL DUCTS AND WAS TAKEN FOR EVIDENCE.

NFD.

09274

## END OF SUPPLEMENT

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| D. TRUJILLO | 297 | PATROL | FRI 05/23/2003 | 0230 |

SLPD 2001 SUPP #247/233

# SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | POLICE REPORT - PROPERTY CONTROL | CASE NO. | PAGE |
|---|---|---|---|
| CULTIVATION OF MARIJUANA | | 03-6177 | OF |
| | VICTIM STATE OF CALIFORNIA | | |

PROPERTY CONTROL CODE: S = Stolen  R = Recovered  T = Stolen/Recovered  L = Lost  E = Evidence
O = Under Observation  D = Destruction  K = Safe Keeping

SUBMITTED  Y = Yes  N = No

| | CD | ARTICLE | QTY. | BRAND / MAKE | MODEL NAME / NO. | VALUE | SERIAL NO. | SUB | ENT |
|---|---|---|---|---|---|---|---|---|---|
| **1** | E | MONEY/SEC | 103 | US | | $10140.0 | PROPERTY DIVISION USE ONLY | Y | |
| | | US CURRENCY, (101 ) $100.00 BILLS, (2) $20.00 BILLS: $10,140.00 FOUND IN ALEX FONG'S PANTS AT JAIL | | | | | | | |
| **2** | E | MONEY/SEC | 21 | US | | $956.00 | PROPERTY DIVISION USE ONLY | Y | |
| | | $956.00 FOUND IN KAM FONG'S WALLET,(8) $100.00 , (4) $20.00 (7) $10.00 (1) $5.00 (1) 1.00 | | | | | | | |
| **3** | E | TAPE | 1 | | | $0.00 | PROPERTY DIVISION USE ONLY | Y | |
| | | SILVER TAPE W/RED WRITING ON IT | | | | | | | |

**END OF PROPERTY**

09275

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN |
|---|---|---|---|
| D. TRUJILLO | 297 | PATROL | FRI 05/23/2003    0230 |

SLPD 2001  PROPERTY #247/283

## SAN LEANDRO POLICE DEPARTMENT

| CRIMEANCIDENT | POLICE REPORT - SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|
| 11358HS/11359HS/11360HS | VICTIM | 03-6177 | 1 OF |
| | STATE OF CALIFORNIA | | |

052203, APPROXIMATELY 2026 HRS, THE LISTED DETECTIVES AND I WERE REQUESTED TO RESPOND
.O 2328 DIAMOND BAR CT. TO ASSIST PATROL OFFICERS WITH AN INDOOR MARIJUANA GROW.

I ARRIVED AT THE HOUSE ON DIAMOND BAR CT. AND MET WITH SLPD OFFICERS TRUJILLO AND L.
BRANDT. AT THIS TIME THEY TOLD ME THE FOLLOWING: THEY RESPONDED TO 2328 DIAMOND BAR CT.
ON A SUSPICIOUS CIRCUMSTANCE CALL. WHEN THEY ARRIVED ON SCENE THEY FOUND THE FRONT DOOR
OPEN AND NO ONE INSIDE THE HOUSE. AS THEY CLEARED THE HOUSE, THEY DISCOVERED A VERY
ELABORATE INDOOR MARIJUANA GROW. THEY WENT ON TO SAY THAT PER RP CHAL THE RESIDENTS AT
2328 DIAMOND BAR CT. KEEP ODD HOURS AND USUALLY DRIVE A METALLIC BLUE LEXUS SUV.

AFTER RECEIVING THIS INFORMATION AND BEING GIVEN A DETAILED DESCRIPTION OF THE MARIJUANA
GROW BY THE OFFICERS ON SCENE, THE SCENE WAS SECURED AND I OBTAINED A SEARCH WARRANT.

ON 052203, APPROXIMATELY 2250 HRS., THE SEARCH WARRANT WAS SIGNED BY SAN LEANDRO/ HAYWARD
SUPERIOR COURT JUDGE ROY HOSHIMOTO. THIS SEARCH WARRANT WAS ENDORSED FOR NIGHT SERVICE,
AND WAS FOR THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT, SAN LEANDRO.

APPROXIMATELY 2310 HRS, THE ABOVE LISTED DETECTIVES AND I SERVED THE SEARCH WARRANT ON
THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT, SAN LEANDRO. DET TUDOR MADE THE KNOCK AND
NOTICE AT THE FRONT DOOR OF THE RESIDENCE , HE STATED "SAN LEANDRO POLICE DEPARTMENT,
SEARCH WARRANT, DEMAND ENTRANCE". AFTER RECEIVING NO RESPONSE, THE LISTED DETECTIVES AND
I ENTERED THE HOUSE VIA THE UNLOCKED DOOR AND DETERMINED NO ONE WAS INSIDE.

THE HOUSE WAS A LARGE TWO STORY RESIDENCE, THAT HAD FIVE BEDROOMS AND TWO BATHROOMS
UPSTAIRS. DOWNSTAIRS THERE WAS ONE BATHROOM, KITCHEN, LIVING ROOM, FAMILY ROOM, AND
LAUNDRY ROOM, ALONG WITH A TWO CAR GARAGE.

.T THIS TIME, THE ENTIRE HOUSE WAS PHOTOGRAPHED BY OFC. LEJA AND VIDEO TAPED BY DET.
TUDOR.

AS I WALKED UPSTAIRS I NOTICED THAT THE THREE BEDROOMS ON THE SOUTH SIDE OF THE HOUSE ALL
HAD LARGE AMOUNTS OF GREEN LEAFY PLANTS GROWING IN THEM. BASED ON MY TRAINING AND
EXPERIENCE, I RECOGNIZED THESE PLANTS AS MARIJUANA.

IN THE S/E BEDROOM I LOCATED 51 SU MARIJUANA PLANTS THAT WERE ALL APPROXIMATELY ONE FOOT
TALL. THESE SU MARIJUANA PLANTS WERE PLANTED AND GROWING IN A 4"X4" FIBER GROWING CUBES.
THE CUBES WERE RESTING INSIDE A LARGE 5 FOOT BY 8 FOOT BLACK PLASTIC TUB THAT WAS
APPROXIMATELY 6" DEEP. THIS TUB WAS ELEVATED FROM THE GROUND BY MILK CRATES. THERE WERE
TWO OF THESE LARGE TUBS IN THE ROOM AND EACH OF THEM HAD MARIJUANA PLANTS INSIDE. EACH OF
THE SU MARIJUANA PLANTS HAD A SMALL DRIP IRRIGATION SYSTEM MOUNTED NEAR THE STALK. THESE
DRIP SYSTEM FED OFF OF A LARGE PLASTIC BIN THAT WAS FULL OF WATER. THIS BIN WAS UNDER THE
PLASTIC TUBS ON THE FLOOR. ABOVE THE SU MARIJUANA PLANTS THERE WERE A TOTAL OF SIX, HIGH
POWERED "GROW" LIGHTS. ALL OF THESE LIGHTS WERE ILLUMINATED WHEN I FIRST OBSERVED THE
ROOM. THESE LIGHTS ALSO HAD A ALUMINUM HOOD THAT CAUSED THE LIGHT TO REFLECT DIRECTLY
ONTO THE SU MARIJUANA PLANTS. THE WALLS, AND FLOOR, OF THE ROOM WERE COVERED WITH A
PLASTIC SHEETING. IT APPEARED TO ME THAT THE SHEETING WAS USED TO CONCEAL THE SU
MARIJUANA GROW FROM ANYONE OUTSIDE, AND IT ALSO CAUSED THE ROOM TO BE MUCH BRIGHTER WHICH
CREATED MORE LIGHT FOR THE SU MARIJUANA PLANTS. ABOVE ALL OF THE LIGHTS AND SU MARIJUANA
PLANTS THERE WAS A LARGE, INDUSTRIAL SIZED, ELECTRIC VENTILATION FAN. THIS FAN WAS
OPERATING WHEN I ARRIVED IN THE ROOM.

ALL OF THE ELECTRICAL COMPONENTS IN THIS ROOM WERE WIRED INTO A SERIES OF CIRCUIT
BREAKERS, BALLAST'S AND TIMERS. THESE ITEMS WERE PERMANENTLY FIXED TO THE WALL INSIDE THE

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| V. MARCHETTI | 253 | PATROL | FRI 05/23/2003 | 1031 |

SLPD'08 SUPP #247/209

JUN 15 2005 Case3:08-cr-00426-SI Document65-1 Filed11/14/06 Page8 of 13 P. 08/14

## SAN LEANDRO POLICE DEPARTMENT ORIGINAL

| CRIME/INCIDENT | POLICE REPORT · SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|
| 11358 HS, 11359 HS, 11360 HS | VICTIM<br>STATE OF CALIFORNIA | 03-6177 | 1 OF |

ON 05/23/03 AT APPROX. 0210 HRS I WAS CONDUCTING A ROUTINE INTAKE SEARCH ON A/R FONG, ..LEX DOB/03-22-76. WHILE SEARCHING HIS CROUCH AREA I FOUND A PLASTIC BAGGY CONTANING A LARGE AMOUNT OF US CURRENCY PAPER BILLS STUFFED IN THE FRONT OF HIS PANTS. I IMMEDIATELEY HANDED IT OVER TO OFFICER TRUJILLO FOR EVIDENCE. NFD

### END OF SUPPLEMENT

09277

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| F. GROVE | 1064 | PATROL | FRI 05/23/2003 | 0344 |

SLPD 2001 SUPP #247/253

## SAN LEANDRO POLICE DEPARTMENT
CASE NO. D3-L177  PAGE 1 OF

### POLICE REPORT - PROPERTY CONTROL

| CRIME/INCIDENT | | VICTIM | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11858 HS | | STATE OF CALIFORNIA | | | | | | | |

PROPERTY CONTROL CODE:  S = Stolen  R = Recovered  L = Lost  E = Evidence  O = Under Observation
(Use all applicable codes. For example, if property is both stolen & recovered, code is S/R)

SUBMITTED  Y = Yes  N = No

| NO. | ARTICLE | QTY. | SERIAL NO. | BRAND / MAKE | MODEL NAME / NO. | CODE | VALUE | SUB | ENT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAG | 1 | — | — | — | E | O | Y | |
| | CLEAR PLASTIC BAG MONEY ($10NO.) WAS FOUND | | | | | | | | |

ADDITIONAL PROPERTY DESCRIPTION / WHO WAS PROPERTY TAKEN FROM / LOCATION FOUND / ETC.

09278

| | CASH/NOTES | JEWELRY/PREC. METAL | CLOTHING | STOLEN MOTOR VEH. | OFFICE EQUIPMENT | TV/RADIO/CAMERAS |
|---|---|---|---|---|---|---|
| ERTY | $ | $ | $ | $ | $ | $ |
| .UES | FIREARMS $ | HOUSEHOLD GOODS $ | CONSUMABLE GOODS $ | LIVESTOCK $ | MISCELLANEOUS $ | TOTAL $ |

I CERTIFY THIS IS A TRUE AND ACCURATE DESCRIPTION OF MY LOSS

REPORTING OFFICER  RUSSO   SERIAL NUMBER 297   DATE / TIME WRITTEN 52303 0300

CITIZEN SIGNATURE X

## SAN LEANDRO POLICE DEPARTMENT ORIGINAL

| CRIME/INCIDENT | | | CASE NO. | PAGE |
|---|---|---|---|---|
| 11358HS/11359HS/11360HS | VICTIM **POLICE REPORT - SUPPLEMENT** | | 03-6177 | 2 OF |
| | STATE OF CALIFORNIA | | | |

OSET AND THEY APPEARED TO BE HARD WIRED DIRECTLY INTO THE MAIN POWER SUPPLY OF THE JUSE, VIA A CIRCUIT BREAKER BOX LOCATED IN THE UPSTAIRS BATHROOM.

IN THE MASTER BEDROOM I LOCATED THE FOLLOWING ITEMS: 128 SU MARIJUANA PLANTS APPROXIMATELY 1 FOOT IN HEIGHT. ALL OF THESE PLANTS WERE PLANTED AND GROWING IN THE SAME MANNER/STYLE AS THE AFOREMENTIONED SU MARIJUANA PLANTS IN THE S/E BEDROOM. HOWEVER IN THIS ROOM THE DRIP IRRIGATION SYSTEM WAS FED FROM THE BATH TUB IN THE MASTER BATHROOM. THERE WERE A TOTAL OF 8 "GROW" LIGHTS WITH REFLECTIVE HOODS, AND THERE WAS ANOTHER LARGE VENTILATION FAN HANGING FROM THE CEILING. THIS FAN HAD A 12" DIAMETER DUCT COMING FROM IT THAT LED INTO THE S/W BEDROOM VIA A HOLE IN THE WALL. THESE DUCTS WERE SEALED WITH A METALLIC DUCT TAPE.

ALL OF THE ELECTRICAL COMPONENTS IN THE MASTER BEDROOM LED INTO THE MASTER BEDROOM WALK-IN CLOSET. INSIDE OF THE CLOSET I LOCATED 82 SU MARIJUANA PLANTS PLANTED AND GROWING IN THE SAME MANNER AS ALL OF THE OTHER PLANTS. THESE PLANTS APPEARED TO BE "STARTER" PLANTS DUE TO THERE SMALL SIZE, (APPROXIMATELY 4"-6"). ABOVE THESE SU MARIJUANA PLANTS THERE WERE FOUR FLUORESCENT LIGHTS THAT WERE ILLUMINATED AND SHINING DOWN ON THEM. THESE ELECTRICAL ITEMS WERE PLUGGED INTO A SURGE PROTECTOR, THEN INTO A ELECTRIC TIMER THAT WAS HARD WIRED INTO THE HOUSE AND MOUNTED ON THE WALL ON THE CLOSET. NEXT TO THE TIMER, THERE WERE EIGHT BALLAST'S THAT WERE ALSO HARD WIRED INTO THE HOUSE, AND THE "GROW" LIGHTS FROM THE MASTER BEDROOM WERE PLUGGED INTO THESE BALLAST'S. ALSO IN THIS CLOSET THERE WERE NUMEROUS EMPTY "GROW" LIGHT BULB BOXES, AND AN UNUSED CASE OF THE FIBER GROW BOXES THAT ALL OF THE MARIJUANA PLANTS WERE PLANTED IN.

IN THE MASTER BATHROOM I LOCATED THE FOLLOWING ITEMS: THREE, SIX GALLON CONTAINERS OF PLANT FOOD/FERTILIZER. ALL WERE THE "FLORA GRO" BRAND AND ALL WERE 1/2 TO 3/4 FULL. ALSO ↑ THE MASTER BATHROOM WERE MISC. PIECES OF VARIOUS DIAMETER TUBING, SCISSORS, RUBBER OVES, ONE SALT METER MEASURING DEVICE AND OTHER ELECTRICAL AND CUTTING ITEMS.

IN THE S/W BEDROOM I LOCATED THE FOLLOWING: 51 SU MARIJUANA PLANTS, ALL PLANTED AND GROWING IN THE SAME MANNER MENTIONED BEFORE. THESE PLANTS WERE LARGER THAT THE AFOREMENTIONED PLANTS, (APPROX. 2.5 FEET IN HEIGHT), AND APPEARED TO BE MORE MATURE, (ALREADY BEGINNING TO "BUD"). THE LIGHTING/ELECTRICAL AND DRIP IRRIGATION SYSTEM WAS SET UP AND WIRED IN THE SAME MANNER AS THE OTHER ROOMS. THE VENTILATION SYSTEM IN THIS ROOM WAS ALSO SET UP IN THE SAME MANNER AS THE OTHER ROOMS, HOWEVER THIS VENTILATION SYSTEM WAS CONNECTED, (VIA AN AIR DUCT) TO THE VENTILATOR IN THE MASTER BEDROOM.

IN THE N/W BEDROOM I LOCATED THE FOLLOWING ITEM: INDICIA IN THE NAME OF JAY Z YUAN.

IN THE N/E BEDROOM I LOCATED THE FOLLOWING: INDICIA CONSISTING OF PASSPORTS, SOCIAL SECURITY CARDS, AND RESIDENT ALIEN CARDS IN THE NAMES OF WAI SHING FONG, KAM FAT FONG, ALEX FONG, AND WAN SUI LAM FONG.

IN THE FAMILY ROOM AREA THE FOLLOWING ITEMS WERE LOCATED: ONE DELL COMPUTER, DIGITAL CAMERA, ONE MEMORY STICK, AND 2 C.D.'S. THESE ITEMS WERE RECOVERED AND TAKEN FROM THE SCENE FOR FURTHER ANALYSIS. IN A DRAWER OF A HEADBOARD NEAR THE COMPUTER $1431 IN CASH WAS RECOVERED.

IN THE GARAGE OF THE RESIDENCE I LOCATED THE FOLLOWING ITEMS: 21 REFLECTIVE SHIELDS SIMILAR TO THE ONES USED IN THE UPSTAIRS BEDROOMS, FIVE UMBRELLA STYLE REFLECTIVE SHIELD S APPROXIMATELY 4 FOOT IN DIAMETER, FOUR CASES OF FIBER GROW BOXES (UNUSED), 10 CASES OF "GROW" LIGHT BULBS, 2 LARGE INDUSTRIAL AIR FILTERS (UNUSED), 20 ELECTRICAL BALLAST'S IMILAR TO THE ONES USED IN THE SU MARIJUANA GROW, 13 OF THE LARGE PLASTIC 5 FOOT BY 8

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| V. MARCHETTI | 253 | PATROL | FRI 05/23/2003 | 1031 |

SLPO98 SUPP #247/233

## SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | POLICE REPORT - SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|
| 11358HS/11359HS/11360HS | **VICTIM** | 03-8197 | 3 OF |
| | STATE OF CALIFORNIA | | |

IOT PLASTIC TUBS, EIGHT 30 GALLON SIZE TRASH BAGS THAT CONTAINED CUTTINGS FROM MARIJUANA ʀLANTS, ONE ELECTRICAL CIRCUIT BREAKER BOX, ONE THERMOMETER/ HUMIDITY MEASURING DEVICE, ONE PH TESTER, AND ONE PREFAB ELECTRIC TIMER AND OUTLET BOX.

IN THE DINING ROOM OF THE RESIDENCE I LOCATED THE FOLLOWING ITEMS: NUMEROUS PIECES OF INDICIA WERE RECOVERED FROM THE DINING ROOM TABLE. THESE CONSISTED OF PG&E BILLS, WATER BILLS AND OTHER MISC DOCUMENTS. THESE WERE IN THE NAMES OF, JAY YUAN, SHU MA, WANSUI LAM, AND WAI SHING FONG.

IN THE ENTERTAINMENT CENTER IN THE LIVING ROOM I LOCATED THE FOLLOWING: TWO PIECES OF INDICIA CONSISTING OF CHECK BOOKS IN THE NAMES OF WAI SHING FONG, AND JAY Z YUAN.

IN THE KITCHEN I LOCATED THE FOLLOWING ITEMS: ONE UNUSED BOX OF VACUUM SEAL BAGS, AND A PAIR OF SCISSORS.

DUE TO THE LARGE AMOUNT OF ITEMS THAT WERE LOCATED IN THE RESIDENCE, NOT ALL OF THEM WERE RECOVERED. HOWEVER ALL ITEMS WERE PHOTOGRAPHED AND VIDEO TAPED. SEE PROPERTY CONTROL SHEET FOR ITEMS THAT WERE COLLECTED.

APPROXIMATELY 0115 HRS., AS WE WERE LOADING THE RECOVERED ITEMS IN OUR VEHICLES TO TRANSPORT THEM TO THE SAN LEANDRO POLICE DEPARTMENT, OFC. TRUJILLO SAW A METALLIC BLUE LEXUS SUV DRIVING WEST ON DIAMOND BAR CT, TOWARD 2328 DIAMOND BAR CT. AS THIS VEHICLE APPROACHED THE HOUSE, IT MADE A QUICK TURN ONTO A SIDE STREET AND DROVE OFF. BELIEVING THAT THIS VEHICLE WAS ASSOCIATED WITH 2328 DIAMOND BAR CT. DUE TO THE FACT IT MATCHED THE DESCRIPTION OF THE VEHICLE MENTIONED EARLIER BY RP CHAL, OFC. TRUJILLO FOLLOWED THE VEHICLE AND STOPPED IT FOR A VEHICLE CODE VIOLATION AND TO DETERMINE IF IT WAS IN FACT ᵢSSOCIATED WITH 2328 DIAMOND BAR CT. THE LICENSE PLATE ON THE VEHICLE WAS 4UNL378 AND IT ᴡAS REGISTERED TO WAN SUI LAM FONG AT 211 RALSTON ST, SAN FRANCISCO.

AT THIS TIME THE THREE OCCUPANTS OF THE VEHICLE WERE DETAINED PENDING FURTHER INVESTIGATION. THE DRIVER OF THE VEHICLE IDENTIFIED HIMSELF AS JAY YUAN, AND THE OTHER TWO OCCUPANTS IDENTIFIED THEMSELVES AS KAM FONG AND ALEX FONG. THE DRIVER JAY YUAN TOLD OFC. TRUJILLO THAT THEY WERE DRIVING IN THE AREA OF DIAMOND BAR CT. SHOPPING FOR HOUSES. THIS INFORMATION WAS RELAYED TO ME VIA POLICE RADIO AND AS SOON AS I HEARD THE NAMES OF THE PEOPLE IN THE VEHICLE, I RECOGNIZED THEM AS NAMES I HAD SEEN ON INDICIA I HAD RECOVERED FROM INSIDE THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT.

BASED ON THE FACT THAT THE THREE ABOVE MENTIONED SUBJECTS WERE DRIVING A VEHICLE THAT MATCHED THE DESCRIPTION GIVEN EARLIER BY RP CHAL OF THE VEHICLE THAT BELONGED TO THE RESIDENTS AT 2328 DIAMOND BAR CT., THE FACT THAT ALL OF THE NAMES THAT THEY GAVE TO OFC. TRUJILLO WERE FOUND ON INDICIA, IN THE HOUSE LOCATED AT 2328 DIAMOND BAR CT., AND THE FACT THAT AS THEY SAW THE POLICE WERE AT 2328 DIAMOND BAR CT. THEY DROVE OFF, AND THE FACT THAT I LOCATED INDICIA IN THE NAME OF THE REGISTERED OWNER OF THE LEXUS, WAN SUI LAM FONG, INSIDE THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT., I ADVISED OFC. TRUJILLO TO PLACE ALL OF THE OCCUPANTS UNDER ARREST FOR CULTIVATION OF MARIJUANA.

AT THIS TIME, I LEFT/SECURED THE RESIDENCE AT 2328 DIAMOND BAR CT., AND RESPONDED TO THE LOCATION OF OFC. TRUJILLO'S TRAFFIC STOP.

INCIDENT TO THE ARREST, A SEARCH WAS CONDUCTED OF THE LEXUS BY OFC. LEJA. IN THE BACK/ HATCHBACK PORTION OF THE VEHICLE OFC. LEJA DISCOVERED TWO CARD BOARD BOXES. INSIDE OF THESE BOXES THERE WERE 155 SU MARIJUANA PLANTS, APPROX. 5" IN HEIGHT. ALSO OFC. LEJA LOCATED $7,436.00 IN CASH FROM THE INTERIOR OF THE VEHICLE, NEAR THE BOXES. AFTER

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN | |
|---|---|---|---|---|
| V. MARCHETTI | 253 | PATROL | FRI 05/23/2003 | 1031 |

SLPD'99 SUPP #247/233

09280

## SAN LEANDRO POLICE DEPARTMENT

| CRIME/INCIDENT | POLICE REPORT - SUPPLEMENT | CASE NO. | PAGE |
|---|---|---|---|
| 11358HS/11359HS/11360HS | VICTIM | 03061777 | 4 OF |
| | STATE OF CALIFORNIA | | |

OCATING THESE ITEMS OFFICER LEJA POINTED THEM OUT TO ME AND I COLLECTED THEM.

IN THE FRONT OF THE LEXUS INDICIA WAS FOUND IN THE NAME OF ALEX FONG.

ALSO AT THIS TIME A SET OF KEYS WAS RECOVERED FROM JAY YUAN DURING A SEARCH OF HIS PERSON INCIDENT TO ARREST. AMONG THESE KEYS I NOTICE A VARIETY OF WHAT APPEARED TO BE "HOUSE" KEYS. AFTER FINDING THESE KEYS I RETURNED TO 2328 DIAMOND BAR CT AND ATTEMPTED TO UNLOCK THE FRONT DOOR WITH THE KEYS RECOVERED FROM JAY YUAN. AT THIS TIME I FOUND THAT ONE OF THE KEYS ON THE KEY CHAIN DID IN FACT UNLOCK THE FRONT DOOR OF 2328 DIAMOND BAR CT. AT NO TIME DID I RE-ENTER THE HOUSE.

THE THREE ARRESTED PARTIES WERE TRANSPORTED TO THE SLPD JAIL. AT THE JAIL THE THREE WERE ADMONISHED PER MIRANDA. AT THIS TIME, THEY STATED THEY UNDERSTOOD THEIR RIGHTS AND ALL CHOSE NOT TO MAKE A STATEMENT.

DURING A BOOKING SEARCH OF ALEX FONG'S PERSON, JAILER GROVE DISCOVERED $10,140 WRAPPED IN A PLASTIC BAG THAT WAS STUFFED DOWN THEN FRONT OF HIS PANTS IN HIS GROIN AREA. THIS MONEY WAS RECOVERED AND SUBMITTED INTO SLPD PROPERTY.

ALL OF THE LISTED PROPERTY WAS SUBMITTED INTO SLPD PROPERTY AS EVIDENCE.

THE TOTAL NUMBER OF SU MARIJUANA PLANTS RECOVERED FROM THE RESIDENCE WAS 312  WITH A TOTAL OF 37.5 LBS (BOX WEIGHT).

THE TOTAL NUMBER OF MARIJUANA PLANTS RECOVERED FROM THE LEXUS WAS 155 AND THE TOTAL WEIGHT OF THESE PLANTS WAS 19.0 LBS (BOX WEIGHT).

ASED ON THE FACT I RECOVERED 312 PLANTED AND GROWING SU MARIJUANA PLANTS (BOX WEIGHT 37.5 LBS) IN THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT, THE FACT I ALSO RECOVERED INDICIA IN THE NAME OF ALEX FONG, KAM FONG, AND JAY YUAN INSIDE THE RESIDENCE, IN CONJUNCTION WITH THE FACT THAT THE THREE ABOVE MENTIONED INDIVIDUALS WERE DRIVING A VEHICLE THAT MATCHED THE DESCRIPTION OF A THE VEHICLE ASSOCIATED WITH THE RESIDENTS AT 2328 DIAMOND BAR CT. AND THE FACT THAT THE THREE ABOVE MENTIONED SUBJECTS HAD 155 ALIVE AND GROWING MARIJUANA PLANTS BOX WEIGHT 19.0 LBS) IN THEIR VEHICLE, ALONG WITH A LARGE AMOUNT OF CASH, IT APPEARS TO ME THAT ALEX FONG, KAM FONG, AND JAY YUAN WERE THE ONES WHO WERE INFACT GROWING THE SU MARIJUANA INSIDE THE RESIDENCE LOCATED AT 2328 DIAMOND BAR CT. AND DUE TO THE LARGE AMOUNT OF SU MARIJUANA RECOVERED, OVER 56 LBS, IT APPEARS TO ME THAT THEY WERE GROWING THE SU MARIJUANA FOR THE PURPOSE OF SELLING IT.

BASED ON THIS, THE THREE WERE BOOKED FOR 11358HS (CULTIVATION), 11359HS (POSS. FOR SALES), AND 11360HS (TRANSPORTATION).

ALL OF THE ABOVE MENTIONED US CURRENCY WAS SEIZED AND ALL OF THE APPROPRIATE SEIZURE PAPERS WERE SERVED TO THE RESPECTIVE PERSONS (ALEX FONG, AND KIM FONG).

REFER TO OFC. TRUJILLO'S SUPPLEMENTAL FOR DETAILS.

09281

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN |
|---|---|---|---|
| V. MARCHETTI | 253 | PATROL | FRI 05/23/2003    1031 |

SLPD 58 SUPP K247/233

# SAN LEANDRO POLICE DEPARTMENT

## POLICE REPORT - INVOLVED PARTIES

| CRIME/INCIDENT | | CASE ORIGINAL | PAGE OF |
|---|---|---|---|
| 11350HS/11359HS/11360HS | VICTIM STATE OF CALIFORNIA | 03-6177 | |

**1** NAME: FONG, KIM FAT
RESIDENCE ADDRESS: 211 RALSTON — SAN FRANCISCO CA 94132
EMPLOYER NAME/ADDRESS:
DOB: 01/28/1951 | 52 | RACE/SEX: C M | HEIGHT 506 WEIGHT 128 | HAIR BLK EYES BRO
RES. PHONE: 415-239-8328 | DRIVERS LIC. NO. D4594818 | STATE CA
OCCUPATION: NOT EMPLOYED
LICENSE NO. 4UNL378 STATE CA YEAR 01 MAKE LEXUS MODEL SUV COLOR BLU

**2** NAME: FONG, ALEX
RESIDENCE ADDRESS: 211 RALSTON — SAN FRANCISCO CA 94132
DOB: 03/22/1976 | 27 | RACE/SEX: C M | HEIGHT 507 WEIGHT 130 | HAIR BLK EYES BRO
RES. PHONE: 415-239-8328 | DRIVERS LIC. NO. | STATE
OCCUPATION: NOT EMPLOYED
LICENSE NO. 4UNL378 CA 01 LEXUS SUV BLU

**3** NAME: YUAN, JAY ZHAO JIAN
RESIDENCE ADDRESS: 1815 POWELL ST #1 — SAN FRANCISCO CA 94133
EMPLOYER: NONE STATED
DOB: 05/31/1976 | 26 | RACE/SEX: C M | HEIGHT 508 WEIGHT 125 | HAIR BLK EYES BRO
RES. PHONE: 415-399-1712 | DRIVERS LIC. NO. B5809041 | STATE CA
OCCUPATION: CASHIER
LICENSE NO. 4UNL378 CA 01 LEXUS SUV BLU

**4** NAME: DET. TUDOR (INVESTIGATORY)

**5** NAME: SGT. TANKSON (INVESTIGATORY)

**6** NAME: OFC. LEJA (INVESTIGATORY)

### END OF PARTIES

09282

| REPORTING OFFICER | SERIAL NUMBER | DIVISION | DATE / TIME WRITTEN |
|---|---|---|---|
| V. MARCHETTI | 253 | INVESTIGATION | FRI 05/23/2003 1031 |

6LPD99 PARTIES #247/233