# Exhibit C

MR. FONG'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE

## Copy B

☐ CORRECTED (if checked)

| PAYER'S name, address, ZIP code, federal identification number, and telephone number | 1 Gross winnings  25,650 | 2 Federal income tax withheld  ⌀ | OMB No. 1545-0238  2012  Form W-2G  Certain Gambling Winnings |
|---|---|---|---|
| LUCKY CHANCES, INC.  1700 Hillside Blvd.  (corner of Serramonte Blvd.)  Colma, CA 94014 | 3 Type of wager  WAGERING POOL | 4 Date won  2-26-2012 | |
| | 5 Transaction | 6 Race | |
| 94-3199406    (650) 758-2237 | 7 Winnings from identical wagers | 8 Cashier | |
| WINNER'S name, address (including apt. no.), and ZIP code  ALEX FONG  1020 STOCKTON ST. #410  SAN FRANCISCO, CA 94108 | 9 Winner's taxpayer identification no.  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 | 10 Window | This information is being furnished to the Internal Revenue Service. |
| | 11 First I.D.  CA DL B6 885375 | 12 Second I.D. | |
| | 13 State/Payer's state identification no.  434-8848-5 | 14 State income tax withheld  ⌀ | Copy B  Report this income on your federal tax return. If this form shows federal income tax withheld in box 2, attach this copy to your return. |

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any part of these payments.

Signature ▶ [signed]         Date ▶ 2-26-2012

Form W-2G          Department of the Treasury - Internal Revenue Service

---

## Copy C

☐ CORRECTED (if checked)

| PAYER'S name, address, ZIP code, federal identification number, and telephone number | 1 Gross winnings  25,650 | 2 Federal income tax withheld  ⌀ | OMB No. 1545-0238  2012  Form W-2G  Certain Gambling Winnings |
|---|---|---|---|
| LUCKY CHANCES, INC.  1700 Hillside Blvd.  (corner of Serramonte Blvd.)  Colma, CA 94014 | 3 Type of wager  WAGERING POOL | 4 Date won  2-26-2012 | |
| | 5 Transaction | 6 Race | |
| 94-3199406    (650) 758-2237 | 7 Winnings from identical wagers | 8 Cashier | |
| WINNER'S name, address (including apt. no.), and ZIP code  ALEX FONG  1020 STOCKTON ST. #410  SAN FRANCISCO, CA 94108 | 9 Winner's taxpayer identification no.  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 | 10 Window | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 11 First I.D.  CA DL B6 885375 | 12 Second I.D. | |
| | 13 State/Payer's state identification no.  434-8848-5 | 14 State income tax withheld  ⌀ | Copy C  For Winner's Records |

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any part of these payments.

Signature ▶ [signed]         Date ▶ 2-26-2012

Form W-2G          Department of the Treasury - Internal Revenue Service

---

## Copy 2

☐ VOID    ☐ CORRECTED (if checked)

| PAYER'S name, address, ZIP code, federal identification number, and telephone number | 1 Gross winnings  25,650 | 2 Federal income tax withheld  ⌀ | OMB No. 1545-0238  2012  Form W-2G  Certain Gambling Winnings |
|---|---|---|---|
| LUCKY CHANCES, INC.  1700 Hillside Blvd.  (corner of Serramonte Blvd.)  Colma, CA 94014 | 3 Type of wager  WAGERING POOL | 4 Date won  2-26-2012 | |
| | 5 Transaction | 6 Race | |
| 94-3199406    (650) 758-2237 | 7 Winnings from identical wagers | 8 Cashier | |
| WINNER'S name, address (including apt. no.), and ZIP code  ALEX FONG  1020 STOCKTON ST. #410  SAN FRANCISCO, CA 94108 | 9 Winner's taxpayer identification no.  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 | 10 Window | |
| | 11 First I.D.  CA DL B6 885375 | 12 Second I.D. | Copy 2  Attach this copy to your state income tax return, if required. |
| | 13 State/Payer's state identification no.  434-8848-5 | 14 State income tax withheld  ⌀ | |

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any part of these payments.

Signature ▶ [signed]         Date ▶ 2-26-2012

Form W-2G          Department of the Treasury - Internal Revenue Service